UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

    William C. Parks
    Kimberly L. Parks

            Debtors

Chapter 13
Bankruptcy No.21-12329-PMM

CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing

*Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the

above-referenced case has been served this 18th day of November, 2021, by first class mail upon

those listed below:

William C. Parks
Kimberly L. Parks
28 Penn Bern Road
Bernville, PA  19506

**Electronically via CM/ECF System Only:**

DAVID S GELLERT ESQ
3506 PERKIOMEN AVE
READING, PA  19606

/s/ Deborah A. Earnshaw
_____
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee