## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|    WILIAM C. PARKS | : | Chapter 13 |
|    aka BILL PARKS | : | |
|    KIMBERLY L. PARKS | : | Bankruptcy No. 21-12329 PMM |
|    aka KIM PARKS | : | |
| | : | |
|        Debtors | : | |

### CERTIFICATION OF NO OBJECTION

AND NOW, this 18th day of January, 2022, David S. Gellert, Esquire, of David S. Gellert P.C., attorney for the above-captioned Debtor, hereby certifies that no unresolved objection was filed or served on him with respect to the Notice dated January 3, 2022 of the filing of the Debtors' Motion to Determine Value Pursuant to 11 U.S.C. §§ 502 and 506 .

Dated:  January 18, 2022                       s/   David S. Gellert
                                                                        David S. Gellert, Esquire
                                                                        David S. Gellert, P.C.
                                                                        3506 Perkiomen Avenue
                                                                        Reading, PA 19606
                                                                        (610) 779-8000
                                                                        Fax: (610) 370-1393
                                                                        dsgrdg@ptdprolog.net