# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|    WILIAM C. PARKS | : | Chapter 13 |
|    aka BILL PARKS | : | |
|    KIMBERLY L. PARKS | : | Bankruptcy No. 21-12329 PMM |
|    aka KIM PARKS | : | |
| | : | |
|    Debtors | : | |

## ORDER

Upon consideration of the Debtors' Motion to Determine Value Pursuant to 11 U.S.C. §§ 502 and 506, and after notice and hearing, it is hereby

**ORDERED** that the value of the Debtors' 2007 Dodge Nitro is $4,614.00.

BY THE COURT:

Dated: **January 27, 2022**

*Patricia M. Mayer*

Patricia M. Mayer
United States Bankruptcy Judge