# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: William C. Parks a/k/a Bill Parks<br>Kimberly L. Parks a/k/a Kim Parks<br>Debtor(s) | CHAPTER 13 |
| PENNYMAC LOAN SERVICES, LLC, its successors and/or assigns<br>Movant<br>vs. | NO. 21-12329 PMM |
| William C. Parks a/k/a Bill Parks<br>Kimberly L. Parks a/k/a Kim Parks<br>Debtor(s)<br><br>Scott F. Waterman<br>Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of PENNYMAC LOAN SERVICES, LLC, which was filed with the Court on or about **October 11, 2021, docket number 17**.

Respectfully submitted,

/s/ Rebecca A. Solarz, Esq.
_____
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215)-627-1322

Dated: February 24, 2022