# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|    WILLIAM C. PARKS | : | Chapter 13 |
|    aka BILL PARKS | : | |
|    KIMBERLY L. PARKS | : | Bankruptcy No. 21-12329 PMM |
|    aka KIM PARKS | : | |
| | : | |
|        Debtors | : | |

## AMENDED CERTIFICATE OF SERVICE

David S. Gellert, Esquire, attorney for the above-captioned Debtors, hereby certifies that he served a true and correct copy of the Application for Compensation and Reimbursement of Expenses, the proposed order, and the Notice of Filing of Application for Compensation and Reimbursement of Expenses in the above matter upon the Standing Chapter 13 Trustee and U.S. Trustee by electronic mail on March 9, 2022 and upon the interested parties listed below by first-class mail, postage prepaid, on March 9, 2022:

    Authorized Agent, OneMain, Spring Towne Center, 2663 Shillington Road, Suite E, Sinking Spring, PA 19608-1758;

    Authorized Agent, OneMain, 100 International Drive, 15th Floor, Baltimore, MD 21202;

    Ms. Madison X. Dilger, OneMain, P. O. Box 3251, Evansvlle, IN 47731-3251;

    Authorized Agent, PennyMac Loan Services LLC, P. O. Box 950002, Fort Worth, TX 76155-9802;

    Authorized Agent, PennyMac Loan Services LLC, P. O. Box 2410, Moorpark, CA 93020;

    Rebecca A. Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1532;

    Ms. Valerie Smith, Synchrony Bank c/o PRA Receivables Management LLC, P. O. Box 41021, Norfolk, VA 23541;

Mr. and Mrs. William C. Parks, 28 Penn Bern Road, Bernville, PA 19506;

Scott Waterman, Esquire, Standing Chapter 13 Trustee, 2901 St. Lawrence Avenue, Suite 100, Reading, PA 19606;

Office of the U. S. Trustee, 200 Chestnut Street, Suite 502, Philadelphia, PA 19106.

I further certify that I have served a true and correct copy of the Notice of Application for Compensation and Reimbursement of Expenses by David S. Gellert, Esquire, counsel for Debtors, filed in the above matter upon the individuals listed on the Court's Creditor Mailing Matrix by mailing same to them at their respective addresses by first-class mail, postage prepaid, on March 9, 2022.

  s/   David S. Gellert
David S. Gellert, Esquire
Attorney for Debtors
3506 Perkiomen Avenue
Reading, PA 19606
(610) 779-8000
Fax: (610) 370-1393
dsgrdg@ptdprolog.net