United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 21-12329-pmm
William C. Parks     Chapter 13
Kimberly L. Parks
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 3
Date Rcvd: Mar 10, 2022     Form ID: 155     Total Noticed: 41

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William C. Parks, Kimberly L. Parks, 28 Penn Bern Road, Bernville, PA 19506-8248 |
| 14631525 | | Apex Asset Management, 2501 Oregon Pike, Suite 102, Lancaster, PA 17601-4890 |
| 14631526 | + | Arcadia Recovery Bureau LLC, P. O. Box 6768, Reading, PA 19610-0768 |
| 14631527 | | BBVA USA, P. O. Box 830139, Birmingham, AL 35283-0139 |
| 14640939 | + | MARINER FINANCE, LLC, 8211 TOWN CENTER DRIVE, NOTTINGHAM, MD 21236-5904 |
| 14631536 | + | Mariner Finance LLC, 5802 E. Virginia Beach Blvd., Suite 121, Norfolk, VA 23502-2483 |
| 14633399 | + | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14631542 | | Penn State Health Medical Group, P. O. Box 448, East Petersburg, PA 17520-0448 |
| 14631544 | | PennState Health, P. O. Box 448, East Petersburg, PA 17520-0448 |
| 14631543 | + | PennState Health, 500 University Dr., Hershey, PA 17033-2360 |
| 14631545 | | PennyMac Loan Services LLC, P. O. Box 950002, Fort Worth, TX 76155-9802 |
| 14631547 | | Quest Diagnostics, P. O. Box 639651, Cincinnati, OH 45263-9651 |
| 14631548 | + | Quest Diagnostics, 200 Forest St., Marlborough, MA 01752-3023 |
| 14631549 | | Reading Hospital, P. O. Box 16051, Reading, PA 19612-6051 |
| 14631550 | | St. Joseph Medical Group, P. O. Box 4985, Lancaster, PA 17604-4985 |
| 14631551 | | Tower Health, P. O. Box 16051, Reading, PA 19612-6051 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14631528 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 10 2022 23:49:27 | Capital One, P. O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14641166 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 10 2022 23:49:27 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14631529 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 10 2022 23:49:23 | Capital One Bank USA NA, P. O. Box 31293, Salt Lake City, UT 84131-0293 |
| 14641473 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 10 2022 23:49:27 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14631530 | | Email/PDF: gecsedi@recoverycorp.com | Mar 10 2022 23:49:23 | CareCredit, Synchrony Bank, P. O. Box 965064, Orlando, FL 32896-5064 |
| 14631531 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 10 2022 23:49:24 | Citi Card, P. O. Box 6062, Sioux Falls, SD 57117 |
| 14631532 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 10 2022 23:49:19 | CitiCards CBNA, 5800 S. Corporate Place, Sioux Falls, SD 57108-5027 |
| 14631533 | | Email/PDF: creditonebknotifications@resurgent.com | Mar 10 2022 23:49:27 | Credit One Bank, P. O. Box 98873, Las Vegas, NV 89193-8873 |
| 14674794 | + | Email/Text: dsgrdg@ptdprolog.net | Mar 10 2022 23:50:00 | David S. Gellert, Esquire, David S. Gellert, P.C., 3506 Perkiomen Avenue, Reading, PA 19606-2711 |
| 14638596 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 10 2022 23:49:18 | Fair Square Financial LLC, Resurgent Capital |

Case 21-12329-pmm   Doc 37   Filed 03/12/22   Entered 03/13/22 00:27:36   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 10, 2022 | Form ID: 155 | Total Noticed: 41 |

| | | | | |
|---|---|---|---|---|
| | | | | Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14631535 | | Email/Text: Harris@ebn.phinsolutions.com | Mar 10 2022 23:50:00 | Harris & Harris, Ltd., 111 W. Jackson Blvd., Suite 400, Chicago, IL 60604-4135 |
| 14643928 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 10 2022 23:49:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14640939 | + | Email/Text: bankruptcy@marinerfinance.com | Mar 10 2022 23:50:00 | MARINER FINANCE, LLC, 8211 TOWN CENTER DRIVE, NOTTINGHAM, MD 21236-5904 |
| 14641946 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 10 2022 23:49:27 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14631537 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 10 2022 23:49:19 | Merrick Bank, P. O. Box 9201, Old Bethpage, NY 11804-9001 |
| 14631538 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 10 2022 23:49:18 | Ollo Card Services, P. O. Box 9222, Old Bethpage, NY 11804-9222 |
| 14631539 | | Email/PDF: cbp@onemainfinancial.com | Mar 10 2022 23:49:18 | OneMain, Spring Towne Center, 2663 Shillington Rd., Ste. E, Sinking Spring, PA 19608-1758 |
| 14631540 | + | Email/PDF: cbp@onemainfinancial.com | Mar 10 2022 23:49:23 | OneMain, 100 International Drive, 15th Floor, Baltimore, MD 21202-4784 |
| 14632442 | + | Email/PDF: cbp@onemainfinancial.com | Mar 10 2022 23:49:18 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14631541 | | Email/PDF: gecsedi@recoverycorp.com | Mar 10 2022 23:49:27 | PayPal Credit, Synchrony Bank, P. O. Box 965064, Orlando, FL 32896-5064 |
| 14639561 | + | Email/PDF: ebnotices@pnmac.com | Mar 10 2022 23:49:19 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14631546 | | Email/PDF: gecsedi@recoverycorp.com | Mar 10 2022 23:49:27 | Pep Boys, Synchrony Bank, P. O. Box 965061, Orlando, FL 32896-5061 |
| 14632319 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 10 2022 23:49:19 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14645906 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 10 2022 23:49:19 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14631938 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 10 2022 23:49:27 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14631534 | | Email/PDF: gecsedi@recoverycorp.com | Mar 10 2022 23:49:27 | ebay, Synchrony Bank, P. O. Box 965064, Orlando, FL 32896-5064 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

District/off: 0313-4     User: admin     Page 3 of 3
Date Rcvd: Mar 10, 2022     Form ID: 155     Total Noticed: 41

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2022     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID S. GELLERT | on behalf of Joint Debtor Kimberly L. Parks dsgrdg@ptdprolog.net |
| DAVID S. GELLERT | on behalf of Debtor William C. Parks dsgrdg@ptdprolog.net |
| REBECCA ANN SOLARZ | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: William C. Parks and Kimberly L. Parks

       Debtor(s)

Chapter: 13

Bankruptcy No: 21−12329−pmm

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this 10th day of March 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                         Patricia M. Mayer
                                                         Judge ,
                                                         United States Bankruptcy Court