# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|    WILLIAM C. PARKS | : | Chapter 13 |
|    aka BILL PARKS | : | |
|    KIMBERLY L. PARKS | : | Bankruptcy No. 21-12329 PMM |
|    aka KIM PARKS | : | |
| | : | |
|        Debtors | : | |

## CERTIFICATION OF NO OBJECTION

AND NOW, this 31st day of March, 2022, David S. Gellert, Esquire, of David S. Gellert, P.C., attorney for the above-captioned Debtors, hereby certifies that no unresolved objection was filed or served on him with respect to the Notice dated March 9, 2022 of the filing of the Application for Compensation and Reimbursement of Expenses.

It is further certified that no other application for administrative expense has been filed.

Dated:  March 31, 2022

                                                                  s/   David S. Gellert
                                                                 David S. Gellert, Esquire
                                                                 David S. Gellert, P.C.
                                                                 3506 Perkiomen Avenue
                                                                 Reading, PA 19606
                                                                 (610) 779-8000
                                                                 Fax: (610) 370-1393
                                                                 dsgrdg@ptdprolog.net