## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| WILLIAM C. PARKS | : | Chapter 13 |
| aka BILL PARKS | : | |
| KIMBERLY L. PARKS | : | Bankruptcy No. 21-12329 PMM |
| aka KIM PARKS | : | |
| | : | |
| Debtors | : | |

### ORDER APPROVING COMPENSATION

**AND NOW**, upon consideration of the Application for Compensation ("the Application") filed by Debtors' counsel (the "Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response

It is hereby **ORDERED** that:

1.    The Application is **GRANTED**.

2.    Compensation is **ALLOWED** in favor of Applicant in the amount of $5,493.44 comprised of $5,100.00 in compensation and $393.44 in reimbursement of actual, necessary expenses.

3.    The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. § 1326(b), 11 U.S.C. § 507, 11 U.S.C. § 503(b) and 11 U.S.C. § 330 (a)(4)(B) the allowed compensation set forth in ¶ 2 less $1,313.00 which was paid by the Debtors prepetition to the extent such distribution is authorized under the terms of the confirmed Chapter 13 Plan.

BY THE COURT:

Dated: 4/1/22

*Patricia M. Mayer*

_____
Patricia M. Mayer
United States Bankruptcy Judge