| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 21-12329-PMM

William C. Parks
Kimberly L. Parks
28 Penn Bern Road
Bernville  PA   19506

Petition Filed Date: 08/24/2021
341 Hearing Date: 09/21/2021
Confirmation Date: 03/10/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/28/2021 | $232.00 | | 10/22/2021 | $232.00 | | 11/22/2021 | $232.00 | |
| 12/22/2021 | $232.00 | | 01/25/2022 | $232.00 | | 02/23/2022 | $232.00 | |
| 03/22/2022 | $232.00 | | 04/25/2022 | $232.00 | | 05/23/2022 | $232.00 | |
| 06/24/2022 | $232.00 | | 07/25/2022 | $232.00 | | | | |

**Total Receipts for the Period: $2,552.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $2,552.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | PINNACLE CREDIT SERVICES LLC<br>»» 001 | Unsecured Creditors | $742.66 | $0.00 | $742.66 |
| 2 | ONE MAIN FINANCIAL<br>»» 02S | Secured Creditors | $5,456.91 | $0.00 | $5,456.91 |
| 3 | ONE MAIN FINANCIAL<br>»» 02U | Unsecured Creditors | $5,590.44 | $0.00 | $5,590.44 |
| 4 | FAIR SQUARE FINANCIAL LLC<br>»» 003 | Unsecured Creditors | $2,030.70 | $0.00 | $2,030.70 |
| 5 | PENNYMAC LOAN SERVICES LLC<br>»» 004 | Mortgage Arrears | $3,174.56 | $0.00 | $3,174.56 |
| 6 | MARINER FINANCE LLC<br>»» 005 | Unsecured Creditors | $361.06 | $0.00 | $361.06 |
| 7 | AMERICAN INFOSOURCE LP<br>»» 006 | Unsecured Creditors | $381.86 | $0.00 | $381.86 |
| 8 | AMERICAN INFOSOURCE LP<br>»» 007 | Unsecured Creditors | $2,349.94 | $0.00 | $2,349.94 |
| 9 | AMERICAN INFOSOURCE LP<br>»» 008 | Unsecured Creditors | $226.49 | $0.00 | $226.49 |
| 10 | MERRICK BANK<br>»» 009 | Unsecured Creditors | $2,778.63 | $0.00 | $2,778.63 |
| 11 | LVNV FUNDING LLC<br>»» 010 | Unsecured Creditors | $694.77 | $0.00 | $694.77 |
| 12 | SYNCHRONY BANK<br>»» 011 | Unsecured Creditors | $1,003.30 | $0.00 | $1,003.30 |
| 13 | SYNCHRONY BANK<br>»» 012 | Unsecured Creditors | $439.99 | $0.00 | $439.99 |
| 14 | SYNCHRONY BANK<br>»» 013 | Unsecured Creditors | $1,733.31 | $0.00 | $1,733.31 |
| 15 | SYNCHRONY BANK<br>»» 014 | Unsecured Creditors | $263.13 | $0.00 | $263.13 |

**Chapter 13 Case No. 21-12329-PMM**

| 0 | DAVID S GELLERT ESQ | Attorney Fees | $4,180.44 | $2,129.76 | $2,050.68 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,552.00 | Current Monthly Payment: | $232.00 |
| Paid to Claims: | $2,129.76 | Arrearages: | $0.00 |
| Paid to Trustee: | $208.80 | Total Plan Base: | $15,003.00 |
| Funds on Hand: | $213.44 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.