**IN THE UNITED STATES BANKRUPTCY COURT FOR EASTERN DISTRICT OF PENNSYLVANIA READING DIVISION**

In re

WILLIAM C PARKS
KIMBERLY L PARKS

Debtors.

In Chapter 13 Proceeding
Case No. 21-12329

### REQUEST TO DISCONTINUE SERVICE OF NOTICES

**PLEASE TAKE NOTICE** that Synchrony Bank c/o PRA Receivables Management, LLC hereby withdraws its Request for Special Notice filed on 8/25/2021 Docket Number 13 .

Dated: This 10 th day of July, 2023

By:    /s/Valerie Smith

Valerie Smith
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
TEL: (877) 885-5919
FAX: (757) 351-3257

## Certificate of Service

I hereby certify that a copy of the foregoing was served electronically to the following parties:

DAVID S GELLERT ESQ PC
Attorney

SCOTT WATERMAN
Chapter 13 Trustee

Dated: This 10 th day of July, 2023

By:  /s/Valerie Smith

Valerie Smith
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
TEL: (877) 885-5919
FAX: (757) 351-3257