| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 21-12329-PMM

| | |
|---|---|
| William C. Parks | Petition Filed Date: 08/24/2021 |
| Kimberly L. Parks | 341 Hearing Date: 09/21/2021 |
| 28 Penn Bern Road | Confirmation Date: 03/10/2022 |
| Bernville  PA  19506 | |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/23/2022 | $232.00 | | 09/22/2022 | $232.00 | | 10/24/2022 | $232.00 | |
| 11/22/2022 | $232.00 | | 12/22/2022 | $232.00 | | 01/24/2023 | $232.00 | |
| 02/23/2023 | $232.00 | | 03/22/2023 | $232.00 | | 04/24/2023 | $232.00 | |
| 05/22/2023 | $232.00 | | 06/23/2023 | $232.00 | | 07/24/2023 | $232.00 | |

**Total Receipts for the Period: $2,784.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $5,336.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | PINNACLE CREDIT SERVICES LLC<br>»» 001 | Unsecured Creditors | $742.66 | $0.00 | $742.66 |
| 2 | ONE MAIN FINANCIAL<br>»» 02S | Secured Creditors | $5,456.91 | $318.40 | $5,138.51 |
| 3 | ONE MAIN FINANCIAL<br>»» 02U | Unsecured Creditors | $5,590.44 | $0.00 | $5,590.44 |
| 4 | FAIR SQUARE FINANCIAL LLC<br>»» 003 | Unsecured Creditors | $2,030.70 | $0.00 | $2,030.70 |
| 5 | PENNYMAC  LOAN SERVICES LLC<br>»» 004 | Mortgage Arrears | $3,174.56 | $185.24 | $2,989.32 |
| 6 | MARINER FINANCE LLC<br>»» 005 | Unsecured Creditors | $361.06 | $0.00 | $361.06 |
| 7 | CAPITAL ONE BANK (USA) NA<br>»» 006 | Unsecured Creditors | $381.86 | $0.00 | $381.86 |
| 8 | CAPITAL ONE BANK (USA) NA<br>»» 007 | Unsecured Creditors | $2,349.94 | $0.00 | $2,349.94 |
| 9 | CAPITAL ONE BANK (USA) NA<br>»» 008 | Unsecured Creditors | $226.49 | $0.00 | $226.49 |
| 10 | MERRICK BANK<br>»» 009 | Unsecured Creditors | $2,778.63 | $0.00 | $2,778.63 |
| 11 | LVNV FUNDING LLC<br>»» 010 | Unsecured Creditors | $694.77 | $0.00 | $694.77 |
| 12 | LVNV FUNDING LLC<br>»» 011 | Unsecured Creditors | $1,003.30 | $0.00 | $1,003.30 |
| 13 | SYNCHRONY BANK<br>»» 012 | Unsecured Creditors | $439.99 | $0.00 | $439.99 |
| 14 | SYNCHRONY BANK<br>»» 013 | Unsecured Creditors | $1,733.31 | $0.00 | $1,733.31 |
| 15 | LVNV FUNDING LLC<br>»» 014 | Unsecured Creditors | $263.13 | $0.00 | $263.13 |

| 0 | DAVID S GELLERT ESQ | Attorney Fees | $4,180.44 | $4,180.44 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,336.00 | Current Monthly Payment: | $248.00 |
| Paid to Claims: | $4,684.08 | Arrearages: | $16.00 |
| Paid to Trustee: | $440.80 | Total Plan Base: | $15,003.00 |
| Funds on Hand: | $211.12 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.