# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: William C. Parks a/k/a Bill Parks<br>Kimberly L. Parks a/k/a Kim Parks<br>          Debtor(s) | CHAPTER 13 |
| PENNYMAC LOAN SERVICES, LLC<br>          Movant<br>vs. | NO. 21-12329 PMM |
| William C. Parks a/k/a Bill Parks<br>Kimberly L. Parks a/k/a Kim Parks<br>          Debtor(s)<br><br>Scott F. Waterman<br>          Trustee | 11 U.S.C. Section 362 |

## ORDER

AND NOW, this __31st__ day of __October__, 2023 at Reading, upon confirmation of this Stipulation is it ORDERED AND DECREED:

The Court grants approval of the Stipulation executed by all parties. However, the court retains discretion regarding entry of any further order.

*Patricia M. Mayer*
_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge