## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|    WILLIAM C. PARKS | : | Chapter 13 |
|    aka BILL PARKS | : | |
|    KIMBERLY L. PARKS | : | Bankruptcy No. 21-12329 PMM |
|    aka KIM PARKS | : | |
| | : | |
|        Debtors | : | |

### ORDER APPROVING MOTION TO MODIFY PLAN

**AND NOW,** upon consideration of the Debtor's Motion to Modify the confirmed chapter 13 plan (doc. #58, the "Motion");

It is hereby **ORDERED** that:

1) The Motion is **GRANTED**; and

2) The Modified Plan (Doc. #61) is **APPROVED**.


**Date:**

                                            **Patricia M. Mayer**
                                            **United States Bankruptcy Judge**