**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| WILLIAM C. PARKS | : | Chapter 13 |
| aka BILL PARKS | : | |
| KIMBERLY L. PARKS | : | Bankruptcy No. 21-12329 PMM |
| aka KIM PARKS | : | |
| | : | |
| Debtors | : | |

## <u>CERTIFICATION OF NO ANSWER</u>

AND NOW, this 18th day of December, 2023, David S. Gellert, Esquire, attorney for the

above-captioned Debtors, hereby certifies that no answer was filed or served on him with respect

to the Notice of Motion, Response Deadline and Hearing Date regarding the Debtors' Motion to

Modify Chapter 13 Plan Under § 1329.


   s/  David S. Gellert
David S. Gellert, Esquire
David S. Gellert, P.C.
3506 Perkiomen Avenue
Reading, PA 19606
(610) 779-8000
Fax: (610) 370-1393
dsgrdg@ptdprolog.net