# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| WILLIAM C. PARKS | : | Chapter 13 |
| aka BILL PARKS | : | |
| KIMBERLY L. PARKS | : | Bankruptcy No. 21-12329 PMM |
| aka KIM PARKS | : | |
| | : | |
| Debtors | : | |

## ORDER APPROVING MOTION TO MODIFY PLAN

**AND NOW,** upon consideration of the Debtor's Motion to Modify the confirmed chapter 13 plan (doc. #58, the "Motion");

It is hereby **ORDERED** that:

1) The Motion is **GRANTED**; and

2) The Modified Plan (Doc. #61) is **APPROVED**.

**Date:** 12/18/23

*Patricia M. Mayer*

**Patricia M. Mayer**
**United States Bankruptcy Judge**