# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|    WILLIAM C. PARKS | : | Chapter 13 |
|    aka BILL PARKS | : | |
|    KIMBERLY L. PARKS | : | Bankruptcy No. 21-12329 PMM |
|    aka KIM PARKS | : | |
| | : | |
|        Debtors | : | |

## CERTIFICATION OF NO OBJECTION

AND NOW, this 11th day of January, 2024, David S. Gellert, Esquire, of David S. Gellert, P.C., attorney for the above-captioned Debtors, hereby certifies that no unresolved objection was filed or served on him with respect to the Notice dated December 19, 2023 of the filing of the Supplemental Application for Compensation and Reimbursement of Expenses for Services Performed After Confirmation of Chapter 13 Plan by David S. Gellert, Esquire, counsel for Debtors.

                                                                                                               s/   David S. Gellert
                                                                                                               David S. Gellert, Esquire
                                                                                                               David S. Gellert, P.C.
                                                                                                               3506 Perkiomen Avenue
                                                                                                               Reading, PA 19606
                                                                                                               (610) 779-8000
                                                                                                               dsgrdg@ptdprolog.net