# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|    WILLIAM C. PARKS | : | Chapter 13 |
|    aka BILL PARKS | : | |
|    KIMBERLY L. PARKS | : | Bankruptcy No. 21-12329 PMM |
|    aka KIM PARKS | : | |
| | : | |
|         Debtors | : | |

## CERTIFICATION OF NO OBJECTION

AND NOW, this 8th day of December, 2025, David S. Gellert, Esquire, of David S. Gellert, P.C.**,** attorney for the above-captioned Debtors, hereby certifies that no unresolved objection was filed or served on him with respect to the Notice dated November 20, 2025 of the filing of the Debtors' Motion to Approve Distribution of Insurance Proceeds Regarding Debtors' 2007 Dodge Nitro.

Dated:  December 8, 2025                                  /s/   David S. Gellert
                                                                    David S. Gellert, Esquire
                                                                    David S. Gellert, P.C.
                                                                    3506 Perkiomen Avenue
                                                                    Reading, PA 19606
                                                                    (610) 779-8000
                                                                    Fax: (610) 370-1393
                                                                    dsgrdg@ptdprolog.net