UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|    WILLIAM C. PARKS | : | Chapter 13 |
|    aka BILL PARKS | : | |
|    KIMBERLY L. PARKS | : | Bankruptcy No. 21-12329 PMM |
|    aka KIM PARKS | : | |
| | : | |
|    Debtors | : | |

## ORDER APPROVING DISTRIBUTION OF INSURANCE PROCEEDS

**AND NOW,** upon consideration of the Debtors' Motion to Approve Distribution of Insurance Proceeds Regarding Debtors' 2007 Dodge Nitro, and after notice and hearing, it is

**ORDERED** that the Debtors' Motion is approved. It is further

**ORDERED** that Westfield Insurance Company shall distribute the remaining balance due OneMain Financial with regard to the 2007 Dodge Nitro pursuant to § 4 (c) of the Debtors' confirmed plan as set forth in the amount of $1,249.49. It is further

**ORDERED** that OneMain Financial shall release its lien on the 2007 Dodge Nitro upon receipt of such proceeds. It is further

**ORDERED** that Westfield Insurance Company shall distribute the remaining proceeds to the Debtor, William C. Parks.

Date: **December 9, 2025**

_____
**Patricia M. Mayer
United States Bankruptcy Judge**