United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-12329-pmm |
| William C. Parks | Chapter 13 |
| Kimberly L. Parks | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 09, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William C. Parks, Kimberly L. Parks, 28 Penn Bern Road, Bernville, PA 19506-8248 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 11, 2025        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID S. GELLERT | on behalf of Joint Debtor Kimberly L. Parks dsgrdg@ptdprolog.net |
| DAVID S. GELLERT | on behalf of Debtor William C. Parks dsgrdg@ptdprolog.net |
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| MATTHEW K. FISSEL | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 09, 2025 | Form ID: pdf900 | Total Noticed: 1 |

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| WILLIAM C. PARKS | : | Chapter 13 |
| aka BILL PARKS | : | |
| KIMBERLY L. PARKS | : | Bankruptcy No. 21-12329 PMM |
| aka KIM PARKS | : | |
| | : | |
| Debtors | : | |

### ORDER APPROVING DISTRIBUTION OF INSURANCE PROCEEDS

**AND NOW,** upon consideration of the Debtors' Motion to Approve Distribution of Insurance Proceeds Regarding Debtors' 2007 Dodge Nitro, and after notice and hearing, it is

**ORDERED** that the Debtors' Motion is approved. It is further

**ORDERED** that Westfield Insurance Company shall distribute the remaining balance due OneMain Financial with regard to the 2007 Dodge Nitro pursuant to § 4 (c) of the Debtors' confirmed plan as set forth in the amount of $1,249.49. It is further

**ORDERED** that OneMain Financial shall release its lien on the 2007 Dodge Nitro upon receipt of such proceeds. It is further

**ORDERED** that Westfield Insurance Company shall distribute the remaining proceeds to the Debtor, William C. Parks.

Date: **December 9, 2025**

*Patricia M. Mayer*
**Patricia M. Mayer**
**United States Bankruptcy Judge**