Certificate Number: 05781-PAE-DE-040443599

Bankruptcy Case Number: 21-12329



05781-PAE-DE-040443599

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 24, 2025, at 11:27 o'clock AM PST, Kimberly Parks completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:    December 24, 2025

By:    /s/Allison M Geving

Name:    Allison M Geving

Title:    President