**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **William C. Parks** |
| Debtor 2 (Spouse, if filing) | **Kimberly L. Parks** |
| Unites States Bankruptcy Court for the: | **Eastern District of Pennsylvania** |
| | (State) |
| Case Number | **21-12329-PMM** |

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made

**12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).**

### Part 1:  Mortgage Information

**Name of claim holder:**  CARRINGTON MORTGAGE SERVICES LLC

**Court claim no.** (if known):
4-2

**Last 4 digits** of any number you use to identify the debtor's account:    4   9   3   4

**Property Address:**    28 PENN BERN RD
Number        Street

BERNVILLE                                         PA      19506
City                                                     State    ZIP Code

### Part 2:  Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

### Part 3:  Arrearages

| | Amount |
|---|---|
| a.  Allowed amount of prepetition arrearage: | $        3,174.56 |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $        3,174.56 |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $        -0- |
| d.  Total amount of arrearages disbursed by the trustee: | $        3,174.56 |

**Part 4:**   **Postpetition Payment**

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.   Total amount of postpetition payments disbursed by the trustee as of date of notice:        $ _____-0-

b.   The last ongoing mortgage payment disbursed by the trustee was the payment due on _____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

**Part 5:**   **Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee:        $ _____3,024.66

**Part 6:**   **A Response Is Required By Bankruptcy Rule 3002.1(g)(3)**

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✗ /s/ Scott F. Waterman _____                   Date   06/25/2026
Signature

Trustee   Scott F. Waterman _____
First Name              Middle Name              Last Name

Address   2901 St. Lawrence Avenue, Suite 100 _____
Number      Street

Reading _____ PA    19606
City                                       State   ZIP Code

Contact phone   (610) 779-1313 _____        Email  info@ReadingCh13.com _____

| Debtor 1 | **William C. Parks** | | Case Number **21-12329-PMM** | | Page 1 |
|---|---|---|---|---|---|
| | Name | | | | |

## History Of Payments

### Part 3 - b (Prepetition Arrears)

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 4-2 | PENNYMAC  LOAN SERVICES | Pre-Petition Arrears | 05/19/2023 | 17240772 | Disbursement To Creditor/Principal | 29.94 |
| 4-2 | PENNYMAC  LOAN SERVICES | Pre-Petition Arrears | 06/16/2023 | 17241596 | Disbursement To Creditor/Principal | 77.65 |
| 4-2 | PENNYMAC  LOAN SERVICES | Pre-Petition Arrears | 07/21/2023 | 17242447 | Disbursement To Creditor/Principal | 77.65 |
| 4-2 | PENNYMAC  LOAN SERVICES | Pre-Petition Arrears | 08/18/2023 | 17243295 | Disbursement To Creditor/Principal | 77.65 |
| 4-2 | PENNYMAC  LOAN SERVICES | Pre-Petition Arrears | 09/22/2023 | 17244126 | Disbursement To Creditor/Principal | 77.65 |
| 4-2 | PENNYMAC  LOAN SERVICES | Pre-Petition Arrears | 10/20/2023 | 17244944 | Disbursement To Creditor/Principal | 77.65 |
| 4-2 | PENNYMAC  LOAN SERVICES | Pre-Petition Arrears | 03/15/2024 | 17248988 | Disbursement To Creditor/Principal | 65.40 |
| 4-2 | PENNYMAC  LOAN SERVICES | Pre-Petition Arrears | 04/19/2024 | 17249827 | Disbursement To Creditor/Principal | 93.15 |
| 4-2 | PENNYMAC  LOAN SERVICES | Pre-Petition Arrears | 05/24/2024 | 17250669 | Disbursement To Creditor/Principal | 186.31 |
| 4-2 | PENNYMAC  LOAN SERVICES | Pre-Petition Arrears | 07/19/2024 | 17252246 | Disbursement To Creditor/Principal | 93.15 |
| 4-2 | PENNYMAC  LOAN SERVICES | Pre-Petition Arrears | 08/16/2024 | 17253004 | Disbursement To Creditor/Principal | 93.15 |
| 4-2 | PENNYMAC  LOAN SERVICES | Pre-Petition Arrears | 09/20/2024 | 17253792 | Disbursement To Creditor/Principal | 93.15 |
| 4-2 | PENNYMAC  LOAN SERVICES | Pre-Petition Arrears | 10/15/2024 | 17254558 | Disbursement To Creditor/Principal | 97.63 |
| 4-2 | PENNYMAC  LOAN SERVICES | Pre-Petition Arrears | 11/15/2024 | 17255283 | Disbursement To Creditor/Principal | 98.72 |
| 4-2 | PENNYMAC  LOAN SERVICES | Pre-Petition Arrears | 12/20/2024 | 17256087 | Disbursement To Creditor/Principal | 98.72 |
| 4-2 | PENNYMAC  LOAN SERVICES | Pre-Petition Arrears | 01/17/2025 | 17256821 | Disbursement To Creditor/Principal | 98.72 |
| 4-2 | PENNYMAC  LOAN SERVICES | Pre-Petition Arrears | 02/21/2025 | 17257601 | Disbursement To Creditor/Principal | 98.72 |
| 4-2 | PENNYMAC  LOAN SERVICES | Pre-Petition Arrears | 03/21/2025 | 17258443 | Disbursement To Creditor/Principal | 98.72 |
| 4-2 | PENNYMAC  LOAN SERVICES | Pre-Petition Arrears | 04/17/2025 | 17259214 | Disbursement To Creditor/Principal | 98.72 |
| 4-2 | PENNYMAC  LOAN SERVICES | Pre-Petition Arrears | 05/22/2025 | 17260009 | Disbursement To Creditor/Principal | 102.52 |
| 4-2 | PENNYMAC  LOAN SERVICES | Pre-Petition Arrears | 06/13/2025 | 17260773 | Disbursement To Creditor/Principal | 102.52 |
| 4-2 | PENNYMAC  LOAN SERVICES | Pre-Petition Arrears | 07/18/2025 | 17261576 | Disbursement To Creditor/Principal | 102.52 |
| 4-2 | PENNYMAC  LOAN SERVICES | Pre-Petition Arrears | 08/22/2025 | 17262437 | Disbursement To Creditor/Principal | 102.52 |
| 4-2 | PENNYMAC  LOAN SERVICES | Pre-Petition Arrears | 09/19/2025 | 17263287 | Disbursement To Creditor/Principal | 102.51 |
| 4-2 | PENNYMAC  LOAN SERVICES | Pre-Petition Arrears | 10/24/2025 | 17264165 | Disbursement To Creditor/Principal | 202.65 |
| 4-2 | PENNYMAC  LOAN SERVICES | Pre-Petition Arrears | 12/17/2025 | 17265714 | Disbursement To Creditor/Principal | 100.13 |
| 4-2 | PENNYMAC  LOAN SERVICES | Pre-Petition Arrears | 01/16/2026 | 17266506 | Disbursement To Creditor/Principal | 218.38 |
| 4-2 | CARRINGTON MORTGAGE SI | Pre-Petition Arrears | 02/20/2026 | 17266974 | Disbursement To Creditor/Principal | 182.19 |
| 4-2 | CARRINGTON MORTGAGE SI | Pre-Petition Arrears | 03/20/2026 | 8007053 | Disbursement To Creditor/Principal | 182.19 |
| 4-2 | CARRINGTON MORTGAGE SI | Pre-Petition Arrears | 04/17/2026 | 8007172 | Disbursement To Creditor/Principal | 43.98 |

Total for Claim Number 4-2:  3,174.56

**Total for Part 3 - b (Prepetition Arrears):**  **3,174.56**

### Part 5 (Postpetition Fees, Expenses, and Charges)

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 4-2 | PENNYMAC  LOAN SERVICES | Post Petition Arrears | 03/15/2024 | 17248988 | Disbursement To Creditor/Principal | 71.77 |
| 4-2 | PENNYMAC  LOAN SERVICES | Post Petition Arrears | 04/19/2024 | 17249827 | Disbursement To Creditor/Principal | 102.22 |
| 4-2 | PENNYMAC  LOAN SERVICES | Post Petition Arrears | 05/24/2024 | 17250669 | Disbursement To Creditor/Principal | 204.44 |
| 4-2 | PENNYMAC  LOAN SERVICES | Post Petition Arrears | 07/19/2024 | 17252246 | Disbursement To Creditor/Principal | 102.22 |
| 4-2 | PENNYMAC  LOAN SERVICES | Post Petition Arrears | 08/16/2024 | 17253004 | Disbursement To Creditor/Principal | 102.22 |
| 4-2 | PENNYMAC  LOAN SERVICES | Post Petition Arrears | 09/20/2024 | 17253792 | Disbursement To Creditor/Principal | 102.22 |
| 4-2 | PENNYMAC  LOAN SERVICES | Post Petition Arrears | 10/15/2024 | 17254558 | Disbursement To Creditor/Principal | 107.14 |
| 4-2 | PENNYMAC  LOAN SERVICES | Post Petition Arrears | 11/15/2024 | 17255283 | Disbursement To Creditor/Principal | 108.33 |
| 4-2 | PENNYMAC  LOAN SERVICES | Post Petition Arrears | 12/20/2024 | 17256087 | Disbursement To Creditor/Principal | 108.33 |
| 4-2 | PENNYMAC  LOAN SERVICES | Post Petition Arrears | 01/17/2025 | 17256821 | Disbursement To Creditor/Principal | 108.33 |
| 4-2 | PENNYMAC  LOAN SERVICES | Post Petition Arrears | 02/21/2025 | 17257601 | Disbursement To Creditor/Principal | 108.33 |
| 4-2 | PENNYMAC  LOAN SERVICES | Post Petition Arrears | 03/21/2025 | 17258443 | Disbursement To Creditor/Principal | 108.33 |

| Debtor 1 | **William C. Parks** | Case Number **21-12329-PMM** | Page 2 |
|---|---|---|---|
| | Name | | |

# History Of Payments

**Part 5 (Postpetition Fees, Expenses, and Charges)**

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 4-2 | PENNYMAC  LOAN SERVICES | Post Petition Arrears | 04/17/2025 | 17259214 | Disbursement To Creditor/Principal | 108.33 |
| 4-2 | PENNYMAC  LOAN SERVICES | Post Petition Arrears | 05/22/2025 | 17260009 | Disbursement To Creditor/Principal | 112.49 |
| 4-2 | PENNYMAC  LOAN SERVICES | Post Petition Arrears | 06/13/2025 | 17260773 | Disbursement To Creditor/Principal | 112.49 |
| 4-2 | PENNYMAC  LOAN SERVICES | Post Petition Arrears | 07/18/2025 | 17261576 | Disbursement To Creditor/Principal | 112.49 |
| 4-2 | PENNYMAC  LOAN SERVICES | Post Petition Arrears | 08/22/2025 | 17262437 | Disbursement To Creditor/Principal | 112.49 |
| 4-2 | PENNYMAC  LOAN SERVICES | Post Petition Arrears | 09/19/2025 | 17263287 | Disbursement To Creditor/Principal | 112.49 |
| 4-2 | PENNYMAC  LOAN SERVICES | Post Petition Arrears | 10/24/2025 | 17264165 | Disbursement To Creditor/Principal | 222.37 |
| 4-2 | PENNYMAC  LOAN SERVICES | Post Petition Arrears | 12/17/2025 | 17265714 | Disbursement To Creditor/Principal | 109.87 |
| 4-2 | PENNYMAC  LOAN SERVICES | Post Petition Arrears | 01/16/2026 | 17266506 | Disbursement To Creditor/Principal | 239.65 |
| 4-2 | CARRINGTON MORTGAGE SI | Post Petition Arrears | 02/20/2026 | 17266974 | Disbursement To Creditor/Principal | 199.93 |
| 4-2 | CARRINGTON MORTGAGE SI | Post Petition Arrears | 03/20/2026 | 8007053 | Disbursement To Creditor/Principal | 199.93 |
| 4-2 | CARRINGTON MORTGAGE SI | Post Petition Arrears | 04/17/2026 | 8007172 | Disbursement To Creditor/Principal | 48.25 |

Total for Claim Number 4-2: 3,024.66

**Total for Part 5 (Postpetition Fees, Expenses, and Charges):** **3,024.66**