United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

William C. Parks

Kimberly L. Parks

    Debtors

Case No. 21-12329-pmm

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jun 24, 2026 | Form ID: 138OBJ | Total Noticed: 45 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William C. Parks, Kimberly L. Parks, 28 Penn Bern Road, Bernville, PA 19506-8248 |
| 14631527 | | BBVA USA, P. O. Box 830139, Birmingham, AL 35283-0139 |
| 14631542 | | Penn State Health Medical Group, P. O. Box 448, East Petersburg, PA 17520-0448 |
| 14631544 | | PennState Health, P. O. Box 448, East Petersburg, PA 17520-0448 |
| 14631543 | + | PennState Health, 500 University Dr., Hershey, PA 17033-2360 |
| 14631547 | | Quest Diagnostics, P. O. Box 639651, Cincinnati, OH 45263-9651 |
| 14631548 | + | Quest Diagnostics, 200 Forest St., Marlborough, MA 01752-3023 |
| 14631549 | | Reading Hospital, P. O. Box 16051, Reading, PA 19612-6051 |
| 14631550 | | St. Joseph Medical Group, P. O. Box 4985, Lancaster, PA 17604-4985 |
| 14631551 | | Tower Health, P. O. Box 16051, Reading, PA 19612-6051 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jun 25 2026 00:51:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 25 2026 00:51:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14631525 | ^ | MEBN | Jun 25 2026 00:45:00 | Apex Asset Management, 2501 Oregon Pike, Suite 102, Lancaster, PA 17601-4890 |
| 14631526 | ^ | MEBN | Jun 25 2026 00:45:02 | Arcadia Recovery Bureau LLC, P. O. Box 6768, Reading, PA 19610-0768 |
| 14631528 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 25 2026 01:04:02 | Capital One, P. O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14641166 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 25 2026 01:03:49 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14631529 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 25 2026 01:03:55 | Capital One Bank USA NA, P. O. Box 31293, Salt Lake City, UT 84131-0293 |
| 14641473 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 25 2026 01:03:49 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14631530 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 25 2026 01:03:55 | CareCredit, Synchrony Bank, P. O. Box 965064, Orlando, FL 32896-5064 |
| 15096376 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jun 25 2026 00:51:00 | Carrington Mortgage Services, LLC, 500 N. State College Blvd., Ste 1030, 1300 & 1400, Orange, CA 92868-1604 |
| 14631531 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 25 2026 01:04:04 | Citi Card, P. O. Box 6062, Sioux Falls, SD 57117 |
| 14631532 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

District/off: 0313-4                          User: admin                                    Page 2 of 3

Date Rcvd: Jun 24, 2026                       Form ID: 138OBJ                                Total Noticed: 45

| | | | |
|---|---|---|---|
| | | Jun 25 2026 01:03:51 | CitiCards CBNA, 5800 S. Corporate Place, Sioux Falls, SD 57108-5027 |
| 14631533 | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | Jun 25 2026 01:03:56 | Credit One Bank, P. O. Box 98873, Las Vegas, NV 89193-8873 |
| 14674794 | + Email/Text: dsgrdg@ptdprolog.net | | |
| | | Jun 25 2026 00:51:00 | David S. Gellert, Esquire, David S. Gellert, P.C., 3506 Perkiomen Avenue, Reading, PA 19606-2711 |
| 14638596 | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Jun 25 2026 01:03:56 | Fair Square Financial LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14631535 | Email/Text: HHEBN@harriscollect.com | | |
| | | Jun 25 2026 00:51:00 | Harris & Harris, Ltd., 111 W. Jackson Blvd., Suite 400, Chicago, IL 60604-4135 |
| 14785146 | + Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jun 25 2026 01:03:56 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14643928 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jun 25 2026 01:03:50 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14640939 | + Email/Text: bankruptcy@marinerfinance.com | | |
| | | Jun 25 2026 00:51:00 | MARINER FINANCE, LLC, 8211 TOWN CENTER DRIVE, NOTTINGHAM, MD 21236-5904 |
| 14641946 | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Jun 25 2026 01:03:49 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14631536 | ^ MEBN | | |
| | | Jun 25 2026 00:45:01 | Mariner Finance LLC, 5802 E. Virginia Beach Blvd., Suite 121, Norfolk, VA 23502-2483 |
| 14631537 | + Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Jun 25 2026 01:03:49 | Merrick Bank, P. O. Box 9201, Old Bethpage, NY 11804-9001 |
| 14631538 | + Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Jun 25 2026 01:03:49 | Ollo Card Services, P. O. Box 9222, Old Bethpage, NY 11804-9222 |
| 14631539 | Email/PDF: cbp@omf.com | | |
| | | Jun 25 2026 01:04:02 | OneMain, Spring Towne Center, 2663 Shillington Rd., Ste. E, Sinking Spring, PA 19608-1758 |
| 14631540 | + Email/PDF: cbp@omf.com | | |
| | | Jun 25 2026 01:03:49 | OneMain, 100 International Drive, 15th Floor, Baltimore, MD 21202-4784 |
| 14632442 | + Email/PDF: cbp@omf.com | | |
| | | Jun 25 2026 01:03:55 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14633399 | ^ MEBN | | |
| | | Jun 25 2026 00:45:04 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14631541 | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jun 25 2026 01:03:49 | PayPal Credit, Synchrony Bank, P. O. Box 965064, Orlando, FL 32896-5064 |
| 14631545 | Email/PDF: ebnotices@pnmac.com | | |
| | | Jun 25 2026 01:03:57 | PennyMac Loan Services LLC, P. O. Box 950002, Fort Worth, TX 76155-9802 |
| 14639561 | + Email/PDF: ebnotices@pnmac.com | | |
| | | Jun 25 2026 01:15:19 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14631546 | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jun 25 2026 01:03:55 | Pep Boys, Synchrony Bank, P. O. Box 965061, Orlando, FL 32896-5061 |
| 14632319 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jun 25 2026 01:03:50 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14936501 | + Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jun 25 2026 01:03:50 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14631938 | + Email/PDF: ebn_ais@aisinfo.com | | |
| | | Jun 25 2026 01:03:51 | Synchrony Bank by AIS InforSource LP, 4515 N. Santa Fe Avenue, Oklahoma City, OK 73118-7901 |
| 14631534 | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jun 25 2026 01:03:49 | ebay, Synchrony Bank, P. O. Box 965064, Orlando, FL 32896-5064 |

District/off: 0313-4    User: admin    Page 3 of 3
Date Rcvd: Jun 24, 2026    Form ID: 138OBJ    Total Noticed: 45
TOTAL: 35

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14785147 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14645906 | *+ | Synchrony Bank by AIS InforSource LP, 4515 N. Santa Fe Avenue, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2026    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID S. GELLERT | on behalf of Joint Debtor Kimberly L. Parks dsgrdg@ptdprolog.net |
| DAVID S. GELLERT | on behalf of Debtor William C. Parks dsgrdg@ptdprolog.net |
| MATTHEW K. FISSEL | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 138OBJ* (6/24)–doc 96 – 90

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          )
   William C. Parks                             )               Case No. 21–12329–pmm
   aka Bill Parks                               )
                                                )
   Kimberly L. Parks                            )               Chapter: 13
   aka Kim Parks                                )
   Debtor(s).                                   )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: June 24, 2026                                      For The Court

                                                    Mohung Wong
                                                    Clerk of Court