United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 21-12329-pmm |
|---|---|
| William C. Parks | Chapter 13 |
| Kimberly L. Parks | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 15, 2026 | Form ID: 3180W | Total Noticed: 45 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William C. Parks, Kimberly L. Parks, 28 Penn Bern Road, Bernville, PA 19506-8248 |
| 14631527 | | BBVA USA, P. O. Box 830139, Birmingham, AL 35283-0139 |
| 14631542 | | Penn State Health Medical Group, P. O. Box 448, East Petersburg, PA 17520-0448 |
| 14631544 | | PennState Health, P. O. Box 448, East Petersburg, PA 17520-0448 |
| 14631543 | + | PennState Health, 500 University Dr., Hershey, PA 17033-2360 |
| 14631547 | | Quest Diagnostics, P. O. Box 639651, Cincinnati, OH 45263-9651 |
| 14631548 | + | Quest Diagnostics, 200 Forest St., Marlborough, MA 01752-3023 |
| 14631549 | | Reading Hospital, P. O. Box 16051, Reading, PA 19612-6051 |
| 14631550 | | St. Joseph Medical Group, P. O. Box 4985, Lancaster, PA 17604-4985 |
| 14631551 | | Tower Health, P. O. Box 16051, Reading, PA 19612-6051 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jul 16 2026 02:00:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 16 2026 02:01:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14631525 | ^ | MEBN | Jul 16 2026 01:57:36 | Apex Asset Management, 2501 Oregon Pike, Suite 102, Lancaster, PA 17601-4890 |
| 14631526 | ^ | MEBN | Jul 16 2026 01:57:52 | Arcadia Recovery Bureau LLC, P. O. Box 6768, Reading, PA 19610-0768 |
| 14631528 | | EDI: CAPITALONE.COM | Jul 16 2026 05:51:00 | Capital One, P. O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14641166 | + | EDI: AIS.COM | Jul 16 2026 05:51:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14631529 | + | EDI: CAPITALONE.COM | Jul 16 2026 05:51:00 | Capital One Bank USA NA, P. O. Box 31293, Salt Lake City, UT 84131-0293 |
| 14641473 | + | EDI: AIS.COM | Jul 16 2026 05:51:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14631530 | | EDI: SYNC | Jul 16 2026 05:51:00 | CareCredit, Synchrony Bank, P. O. Box 965064, Orlando, FL 32896-5064 |
| 15096376 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jul 16 2026 02:00:00 | Carrington Mortgage Services, LLC, 500 N. State College Blvd., Ste 1030, 1300 & 1400, Orange, CA 92868-1604 |
| 14631531 | | EDI: CITICORP | Jul 16 2026 05:51:00 | Citi Card, P. O. Box 6062, Sioux Falls, SD 57117 |
| 14631532 | + | EDI: CITICORP | | |

District/off: 0313-4 — User: admin — Page 2 of 3

Date Rcvd: Jul 15, 2026 — Form ID: 3180W — Total Noticed: 45

| | | | |
|---|---|---|---|
| | | Jul 16 2026 05:51:00 | CitiCards CBNA, 5800 S. Corporate Place, Sioux Falls, SD 57108-5027 |
| 14631533 | Email/PDF: creditonebknotifications@resurgent.com | Jul 16 2026 02:07:25 | Credit One Bank, P. O. Box 98873, Las Vegas, NV 89193-8873 |
| 14674794 | + Email/Text: dsgrdg@ptdprolog.net | Jul 16 2026 02:00:00 | David S. Gellert, Esquire, David S. Gellert, P.C., 3506 Perkiomen Avenue, Reading, PA 19606-2711 |
| 14638596 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 16 2026 02:07:25 | Fair Square Financial LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14631535 | Email/Text: HHEBN@harriscollect.com | Jul 16 2026 02:00:00 | Harris & Harris, Ltd., 111 W. Jackson Blvd., Suite 400, Chicago, IL 60604-4135 |
| 14785146 | + Email/PDF: resurgentbknotifications@resurgent.com | Jul 16 2026 02:07:03 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14643928 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 16 2026 02:07:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14640939 | + Email/Text: bankruptcy@marinerfinance.com | Jul 16 2026 02:00:00 | MARINER FINANCE, LLC, 8211 TOWN CENTER DRIVE, NOTTINGHAM, MD 21236-5904 |
| 14641946 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 16 2026 02:07:23 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14631536 | ^ MEBN | Jul 16 2026 01:57:47 | Mariner Finance LLC, 5802 E. Virginia Beach Blvd., Suite 121, Norfolk, VA 23502-2483 |
| 14631537 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 16 2026 02:06:57 | Merrick Bank, P. O. Box 9201, Old Bethpage, NY 11804-9001 |
| 14631538 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 16 2026 02:07:23 | Ollo Card Services, P. O. Box 9222, Old Bethpage, NY 11804-9222 |
| 14631539 | EDI: AGFINANCE.COM | Jul 16 2026 05:51:00 | OneMain, Spring Towne Center, 2663 Shillington Rd., Ste. E, Sinking Spring, PA 19608-1758 |
| 14631540 | + EDI: AGFINANCE.COM | Jul 16 2026 05:51:00 | OneMain, 100 International Drive, 15th Floor, Baltimore, MD 21202-4784 |
| 14632442 | + EDI: AGFINANCE.COM | Jul 16 2026 05:51:00 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14633399 | ^ MEBN | Jul 16 2026 01:57:57 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14631541 | EDI: SYNC | Jul 16 2026 05:51:00 | PayPal Credit, Synchrony Bank, P. O. Box 965064, Orlando, FL 32896-5064 |
| 14631545 | Email/PDF: ebnotices@pnmac.com | Jul 16 2026 02:07:35 | PennyMac Loan Services LLC, P. O. Box 950002, Fort Worth, TX 76155-9802 |
| 14639561 | + Email/PDF: ebnotices@pnmac.com | Jul 16 2026 02:07:35 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14631546 | EDI: SYNC | Jul 16 2026 05:51:00 | Pep Boys, Synchrony Bank, P. O. Box 965061, Orlando, FL 32896-5061 |
| 14632319 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 16 2026 02:07:26 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14936501 | + Email/PDF: resurgentbknotifications@resurgent.com | Jul 16 2026 02:07:26 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14631938 | + EDI: AIS.COM | Jul 16 2026 05:51:00 | Synchrony Bank by AIS InforSource LP, 4515 N. Santa Fe Avenue, Oklahoma City, OK 73118-7901 |
| 14631534 | EDI: SYNC | Jul 16 2026 05:51:00 | ebay, Synchrony Bank, P. O. Box 965064, Orlando, FL 32896-5064 |

District/off: 0313-4         User: admin         Page 3 of 3

Date Rcvd: Jul 15, 2026         Form ID: 3180W         Total Noticed: 45

TOTAL: 35

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Carrington Mortgage Services, LLC, 500 N. State College Blvd., Ste 1030, 1300 & 1400, Orange, CA 92868-1604 |
| cr | * | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14785147 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14645906 | *+ | Synchrony Bank by AIS InforSource LP, 4515 N. Santa Fe Avenue, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2026         Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID S. GELLERT | on behalf of Joint Debtor Kimberly L. Parks dsgrdg@ptdprolog.net |
| DAVID S. GELLERT | on behalf of Debtor William C. Parks dsgrdg@ptdprolog.net |
| MATTHEW K. FISSEL | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | William C. Parks | Social Security number or ITIN | xxx−xx−7226 |
| | First Name    Middle Name    Last Name | EIN  _ _−_ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | Kimberly L. Parks | Social Security number or ITIN | xxx−xx−1333 |
| | First Name    Middle Name    Last Name | EIN  _ _−_ _ _ _ _ _ _ | |

United States Bankruptcy Court   Eastern District of Pennsylvania

Case number:   21−12329−pmm

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

William C. Parks
aka Bill Parks

Kimberly L. Parks
aka Kim Parks

7/14/26

**By the court:** Patricia M. Mayer
                        United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                    **Chapter 13 Discharge**                    page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                     **Chapter 13 Discharge**                     page 2