# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: William C. Parks a/k/a Bill Parks<br>Kimberly L. Parks a/k/a Kim Parks<br>　　　　　　　　　Debtor(s)<br><br>PENNYMAC LOAN SERVICES, LLC<br>　　　　　　　　　Movant<br>　　　　　vs.<br><br>William C. Parks a/k/a Bill Parks<br>Kimberly L. Parks a/k/a Kim Parks<br>　　　　　　　　　Debtor(s)<br><br>Scott F. Waterman,<br>　　　　　　　　　Trustee | BK NO. 21-12329 PMM<br><br>Chapter 13<br><br>Related to Claim No. 4 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Rebecca A. Solarz, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on July 20, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
William C. Parks a/k/a Bill Parks
28 Penn Bern Road
Bernville, PA 19506

Kimberly L. Parks a/k/a Kim Parks
28 Penn Bern Road
Bernville, PA 19506

Attorney for Debtor(s)
David S. Gellert, Esq.
3506 Perkiomen Avenue (VIA ECF)
Reading, PA 19606

Trustee
Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Method of Service: electronic means or first class mail

Dated: July 20, 2022

　　　　　　　　　　　　　　　　　　　**/s/Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　215-825-6327
　　　　　　　　　　　　　　　　　　　rsolarz@kmllawgroup.com